# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER FOSTER, *et al.*, | : | Case No. 1:18-cv-247 |
| Plaintiffs, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | |
| OHIO DEPARTMENT OF | : | |
| REHABILITATION AND | : | |
| CORRECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This civil case is before the Court pursuant to the Order of General Reference in

the United States District Court for the Southern District of Ohio Western Division to

United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the

Magistrate Judge reviewed the pleading filed with this Court and, on May 10, 2018,

submitted a Report and Recommendation, recommending that Plaintiff's be denied leave

to proceed in forma pauperis. (Doc. 2). Plaintiff filed objections to the Report and

Recommendation on May 24, 2018. (Doc. 3).[1]

---

[1] Plaintiff fails to provide "*specific* written objections" to the Report and Recommendation. Fed. R. Civ. P. 72(b)(2) (emphasis added). "The filing of objections provides the district court with the opportunity to consider the *specific* contentions of the parties and to correct any errors immediately." *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981) (emphasis added). "A party's objections are not sufficiently specific if they merely restate the claims made in the initial petition, 'disput[e] the correctness' of a report and recommendation without specifying the findings purportedly in error, or simply 'object[ ] to the report and recommendation and refer[ ] to several of the issues in the case.'" *Bradley v. United States*, No. 18-1444, 2018 WL 5084806, at *3 (6th Cir. Sept. 17, 2018) (quoting *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995)). Here, Plaintiff merely restates the argument set forth in his complaint and fails to articulate a specific objection. The Court finds the Magistrate Judge's recommendations thorough and accurate, and, accordingly, **Plaintiff's objections are overruled**.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court determines that the Report and Recommendation (Doc. 2) should be, and is hereby, adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 2) is **ADOPTED**;

2. Within thirty (30) days of this Order, Plaintiff **SHALL** pay the full $400 fee ($350 filing fee plus $50 administrative fee) required to commence this action;

3. Plaintiff **SHALL** take notice that failure to pay the full $400 fee within thirty days will result in the dismissal of his action; and

4. This case is **DISMISSED** with prejudice, and **the Clerk shall enter judgment accordingly**, whereupon this case shall be **TERMINATED** on the docket of this Court; and

5. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

Date:  3/11/19

Timothy S. Black
United States District Judge

2