UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER FOSTER, *et al.*, | : | Case No. 1:18-cv-247 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| OHIO DEPARTMENT OF REHAB & CORRECTION, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION (Doc. 13)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on April 16, 2019, submitted a Report and Recommendation (Doc. 13). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 13) is **ADOPTED**.

2. This matter is **DISMISSED** for lack of prosecution.

3. Plaintiff Christopher Foster's motion titled "U.S. Attorney General ADA Request by Plaintiff—Supplemental Complaint Request" (Doc. 11) is **DENIED** as moot.

4. The Court certifies that, pursuant to 28 U.S.C. § 1915(a), an appeal of this Order would not be taken in good faith; therefore Plaintiff is denied leave to appeal *in forma pauperis*.

5. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date: 5/7/19

Timothy S. Black
United States District Judge